**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Madelyn Rivera,<br><br>                Plaintiff,<br>  v.<br><br>ER Solutions, Inc.; and DOES 1-10, inclusive,<br><br>                Defendants. | Civil Action No.: 4:10-cv-40105 |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: September 14, 2010

                                          Respectfully submitted,

                                          PLAINTIFF, Madelyn Rivera

                                          /s/ Sergei Lemberg

                                          Sergei Lemberg, Esq.
                                          B.B.O. No.: 650671
                                          **LEMBERG & ASSOCIATES L.L.C.**
                                          1100 Summer Street, 3rd Floor
                                          Stamford, CT 06905
                                          Telephone: (203) 653-2250
                                          Facsimile: (877) 795-3666
                                          slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 14, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By /s/ Sergei Lemberg

             Sergei Lemberg